IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                              )<br>             Plaintiff,                     )<br>                                                              )<br>      v.                                                )<br>                                                              )<br>                                                              )<br>EZRA FRANKLIN,                        )<br>                                                              )<br>             Defendant.                 )  | Civil Action<br>No. 05-3315-CV-S-RED |

### **O R D E R**

Upon motion of the United States, and for good cause appearing, it is hereby

ORDERED that an arrest warrant be, and is hereby, issued in this matter. It is further

ORDERED that the defendant be returned to the United States Medical Center for Federal Prisoners, Springfield, Missouri, forthwith.

                                                                             /s/ James C. England
                                                                          JAMES C. ENGLAND,
                                                                           United States Magistrate Judge

Date: January 7, 2010